**FILED
CLERK**

9/27/2012 12:03 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JOSEPH J. MURPHY and NANCY MURPHY,

                    Plaintiffs,

     -against-                              ORDER
                                            10-CV-1513(JS)(AKT)
STUART SNYDER, DOREEN SNYDER, BBSEA
ASSOCIATES, LLC, S&D DEVELOPMENT, LLC,
S&D DEVELOPERS LIMITED LIABILITY
COMPANY, S&D DEVELOPMENT, INC.,
MICHAEL MAISEL, NEIL SHIRVAN,
42 EVERETT LLC, and 40 BOGERT RD LLC,

                    Defendants.
----------------------------------------X
APPEARANCES
For Plaintiffs:       William Edward Vita, Esq.
                      Westerman Ball Ederer
                         Miller & Sharfstein, LLP
                      1201 RXR Plaza
                      Uniondale, NY 115011556

For Neil Shirvan:     Samuel D. Levy, Esq.
                      Sherica Rene Bryan, Esq.
                      Wuersch & Gering, LLP
                      100 Wall Street
                      New York, NY 10005

For Michael Maisel:   David Parker, Esq.
                      Kleinberg, Kaplan, Wolff & Cohen
                      551 Fifth Avenue, 18th Floor
                      New York, NY 10176

For the remaining     Gabriel Levinson, Esq.
Defendants:           Tarter Krinsky & Drogin LLP
                      1350 Broadway
                      New York, NY 10018

                      Marc A. Greenberg, Esq.
                      Law Office of David Watkins
                      285 Closter Dock Rd.
                      Closter, NJ 07624
```

SEYBERT, District Judge:

This brief Order summarizes but does not resolve the pending motions in this case. The Court previously ordered that Defendants' answer be stricken and that Plaintiffs be awarded a default judgment in an amount to be determined. (Docket Entry 44 (adopting the Report and Recommendation of Magistrate Judge William D. Wall).) Thereafter, Plaintiffs moved for a calculation of damages, and Magistrate Judge Gary R. Brown issued a Report and Recommendation recommending that Plaintiffs be awarded compensatory and punitive damages as well as costs and interest. (Docket Entry 47.) Then, while Judge Brown's recommendation was pending, Defendants moved to vacate the default judgments. (Docket Entries 51, 55, 61.) The Court referred these latest motions to Judge Brown for a further Report and Recommendation. This case was subsequently reassigned to Magistrate Judge A. Kathleen Tomlinson. (See Docket Entry 92.)

Judge Tomlinson will consider the motions to vacate in the normal course. In the meantime, the Clerk of the Court is respectfully directed to terminate Plaintiffs' motion for damages (Docket Entry 44). The Court will consider Judge Brown's recommendation as to damages, if necessary, when it

considers Judge Tomlinson's recommendation whether to vacate the default judgments.

                                            SO ORDERED.

                                            /s/ JOANNA SEYBERT_____
                                            Joanna Seybert, U.S.D.J.

Dated:    September __27__, 2012
              Central Islip, New York